UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOHN JAIRO CADAVID, *pro se,*

    Petitioner,

v.                                            Case No. 5:12-CV-227-Oc-30TBS

WARDEN, FCC COLEMAN- LOW,

    Respondent.
_____/

## ORDER DISMISSING PETITION WITHOUT PREJUDICE

Petitioner, *pro se*, initiated this case by filing a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Dkt. #1) Petitioner is a federal prisoner at the Coleman Federal Correctional Complex within this district.

### Discussion

In his Petition, Petitioner attacks the validity of his conviction and sentence rather than the means of execution. Petitioner unsuccessfully pursued relief under 28 U.S.C. § 2255 in the sentencing court. Thus, it is clear that Petitioner is now pursuing relief in this Court under § 2241 because filing a motion under § 2255 would be barred as a successive petition. See 28 U.S.C. § 2255. However, under these circumstances Petitioner is expressly precluded by § 2255 from pursuing any remedies under § 2241. Section 2255 states that an application such as this "shall not be entertained if it appears that the applicant has failed to

apply for relief, by motion, to the court which sentenced him, <u>or that such court denied him relief</u>[.]"

Accordingly, the Petition will be **DISMISSED without prejudice** because it attacks Petitioner's conviction and sentence and should be filed as a § 2255 petition. Since Petitioner has previously filed a § 2255 petition, he cannot file another without first obtaining permission from the Eleventh Circuit Court of Appeals to do so. In fact, Petitioner acknowledges in his petition that he has previously sought permission from the Eleventh Circuit to file a successive § 2255 petition but permission was denied.

It is therefore ORDERED AND ADJUDGED that the Clerk is directed to dismiss the Petition without prejudice, terminate any pending motions, and close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 7, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to</u>:
Counsel/Parties of Record

F:\Docs\2012\12-CV-227.Ocala Cadavid Order.wpd